IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY JOE OSBORNE,

      Petitioner,                        No. 2:09-cv-3594 FCD KJN P

    vs.

MATTHEW CATE,

      Respondent.                    ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 2, 2010, respondent filed a motion to dismiss this action pursuant to Rule 4 of the Rules Governing § 2254 Cases. Petitioner has not filed an opposition to the motion and the time for doing so has expired. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner shall show cause in writing, within twenty-one days, why his failure to oppose respondent's July 2, 2010 motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and shall file such opposition. Failure to respond to this order, or to file an opposition to the

////

1 | pending motion to dismiss, will result in a recommendation that this action be dismissed.
2 |         SO ORDERED.
3 | DATED: November 4, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

osbo3594.osc.no.oppo.